UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73.242.101.143,<br><br>    Defendant. | Civil Case No. 0:25-cv-01353-PJS-DJF<br><br>**MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |

Plaintiff Strike 3 Holdings, LLC, hereby moves the Court pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure, for an order granting its motion for leave to serve a Rule 45 third-party subpoena on Comcast Cable prior to a Rule 26(f) conference.  The motion is based upon the supporting memorandum of law and the declarations of Jorge Arco, Patrick Paige and Susan B. Stalzer, and all files, records and proceedings herein.

Dated: 04/17/2025

Respectfully submitted,

By: */s/ Jeremy J. Thompson*
**Jeremy J. Thompson**
The Law Office of Jeremy J. Thompson PLLC
5200 Willson Road, Suite 150
Edina, MN 55424
(952) 952-1883 (ph)
(952) 952-1884 (fax)
Email: jeremy@jthompson.law

1