# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Civil Case No. 0:25-cv-01353-PJS-DJF |
| Plaintiff, | **CERTIFICATE OF WORD COUNT COMPLIANCE PURSUANT TO L.R. 7.1(f) AND L.R.(h)** |
| v. | |
| JOHN DOE subscriber assigned IP address 73.242.101.143, | |
| Defendant. | |

I, Jeremy J. Thompson, certify that Plaintiff's Memorandum of Law and in Support of Plaintiff's Motion for Leave to Serve Third-Party Subpoena Prior to Rule 26(f) Conference complies with the limits of Local Rule 7.1(f) and with the type-size limitation of L.R. 7.1(h).

I further certify that, in preparation of the aforementioned memorandum, I used Microsoft Word and that this word processing program has been applied specifically to include in the following word count all text, including headings, footnotes, and quotations.

I further certify that the above-referenced Memorandum of Law contains 4,312 words.

Dated: 04/17/2025

      Respectfully submitted,

      By: */s/ Jeremy J. Thompson*
      **Jeremy J. Thompson**
      The Law Office of Jeremy J. Thompson PLLC
      5200 Willson Road, Suite 150
      Edina, MN 55424
      (952) 952-1883 (ph), (952) 952-1884 (fax)
      Email: jeremy@jthompson.law